**Order entered February 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00189-CV

### IN RE KEVIN MICHAEL DOHERTY, Relator

**Original Proceeding from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-14-1043**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID EVANS
        JUSTICE